WO

FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 02 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Henry John Flores,<br><br>    Defendant. | CR 04-00352-001-PHX-ROS<br><br><br><br>**<u>ORDER</u>** |

   An initial appearance on the Petition on Supervised Release was held on February 1, 2006.

   **THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

   **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. <u>United States v. Loya</u>, 23 F.3d 1529 (9th Cir. 1994).

1  **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3  DATED this 2nd day of Feb., 2006.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge

- 2 -